IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN MERRITTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-254-SMY-RJD |
| | ) |
| S.A. GODINEZ, MARC HODGE, | ) |
| STEVEN DUNCAN, MICHAEL LEMKE, | ) |
| THOMAS A. SPILLER, | ) |
| DONALD STOLWORTHY, | ) |
| DANIEL DOWNEN, | ) |
| RANDY STEVENSON, WILLIAM LOY, | ) |
| JERRY L. HARPER, JACKIE MILLER, | ) |
| BRYAN L. PERDUE, BRIAN STAFFORD, | ) |
| LT. RAY, ELDON COOPER, | ) |
| CHRIS BROOKS, KIM CLEVY, | ) |
| COUNSELOR RAY, AND | ) |
| UNKNOWN IDOC STAFF, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Reona J. Daly (Doc. 252). Judge Daly recommends the partial granting of the motion for summary judgment filed by Defendants Chris Brooks and Kim Clevy (Doc. 233); granting the motion for summary judgment filed by Defendants Eldon Cooper, Daniel Downen, Jerry Harper, William Loy, Jackie Miller, Bryan Perdue, Chad Ray, Collin Ray, Brian Stafford, and Randy Stevenson (Doc. 238); and granting the motion for summary judgment filed by Defendants Michael Lemke and Thomas Spiller (Doc. 213). Judge Daly further recommends the entry of summary judgment on Plaintiff's claims pursuant to Rule 56(f) as follows: Count One as

to Defendants Godinez, Stolworthy, Downen, Stevenson, Miller, Perdue, Cooper, Brooks, Clevy, and Ray; Count Three as to Defendants Godinez, Hodge, Duncan, Stolworthy, Downen, Stevenson, Loy, Harper, Miller, Perdue, Stafford, Lt. Ray, Cooper, Brooks, Clevy, and Ray; and Count Four as to Defendants Brooks, Clevy, and the unknown defendants. No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that the Defendants are entitled to summary judgment as to all of Plaintiff's claims with the exception of Plaintiff's First Amendment claim (Count 1) against Defendants Hodge, Duncan, Loy, Harper, Stafford, and Lt. Ray. The Court finds no clear error in Judge Daly's findings, analysis or conclusions, and accordingly, adopts her Report and Recommendation in its entirety.

**IT IS SO ORDERED.**

**DATED: September 5, 2018**

                                                  **s/ Staci M. Yandle**
                                                  **STACI M. YANDLE**
                                                  **United States District Judge**