# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN MERRITTE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-cv-254-SMY-RJD |
| S.A. GODINEZ, et. al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Calvin Merritte, an inmate of the Illinois Department of Corrections ("IDOC"), filed this lawsuit pursuant to 42 U.S.C. § 1983, claiming Defendants failed to protect him in violation of the Eighth Amendment. On October 2, 2018, this Court dismissed Plaintiff's case with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute (Doc. 257). Now pending before the Court is Plaintiff's Motion for Relief from Judgment (Doc. 266).

Rule 60(b) of the Federal Rules of Civil Procedure permits a party relief from a judgment for several reasons including mistake or "any other reason justifying relief from the operation of judgment." Fed. R. Civ. P. 60(b). However, relief under Rule 60(b) is extraordinary and is only granted in exceptional circumstances. *United States v. 8136 S. Dobson St., Chicago Ill.*, 125 F.3d 1076, 1082 (7th Cir. 1997).

Here, Plaintiff has presented no justification warranting Rule 60(b) reconsideration. He asserts that he did not receive any information regarding this case and that if he had, he would have filed pleadings in order to keep this lawsuit active. Plaintiff's assertion is belied by the docket which shows that Plaintiff stopped communicating with this Court after he was released

from prison in April 2018.  Plaintiff failed to respond to Defendants' Motion for Summary Judgment (Doc. 213), Magistrate Judge Daly's Report and Recommendation (Doc. 252), and Defendants' motions *in limine* (Doc. 246).  He also failed to attend a court-ordered telephonic status conference in September 2018.

Plaintiff has failed to provide a satisfactory explanation as to why he stopped prosecuting this case after being released from prison.  It appears Plaintiff lost interest in litigating this case after he was released from custody and only gained interest 7 months later after being reincarcerated.  Accordingly, Plaintiff's Motion for Relief from Judgment is **DENIED**.  All other pending motions are **TERMINATED** as **MOOT**.

**IT IS SO ORDERED.**

**DATED:  October 16, 2019**

**STACI M. YANDLE**
**United States District Judge**